IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| **FOSTER WHEELER** | § | CIVIL ACTION NO. C-1-02-CV-084 |
| **ENVIRONMENTAL CORPORATION** | § | |
| | § | |
| V. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **FLUOR FERNALD, INC., formerly** | § | |
| **FLUOR DANIEL FERNALD, INC.** | § | JUDGE SPIEGEL |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff, Foster Wheeler Environmental Corporation ("FWENC") and Defendant, Fluor Fernald, Inc. ("FFI") submit this Joint Motion for Entry of Agreed Confidentiality and Protective Order (the "Motion") and in support thereof would show as follows:

1. During the course of discovery, FFI has requested the production of certain personnel files and training materials which contain confidential and proprietary information as well as certain trade secrets. In order to address these issues, the parties have agreed to the entry of a Confidentiality and Protective Order which will govern the use of these documents both during and after the course of this litigation. The parties therefore jointly request that the Court enter the Agreed Confidentiality and Protective Order which is being submitted in conjunction with this Motion.

WHEREFORE, PREMISES CONSIDERED, Foster Wheeler Environmental Corporation and Fluor Fernald, Inc. respectfully request that the Court enter the Agreed Confidentiality and Protective Order.

Respectfully submitted,

COATS, ROSE, YALE, RYMAN & LEE, P.C.

By: /s/ William M. Coats w/p BWC
William M. Coats
Bradley W. Cole
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
(713) 651-0111
(713) 651-0220 - Fax

ATTORNEYS FOR PLAINTIFF,
FOSTER WHEELER ENVIRONMENTAL CORPORATION

VORYS, SATER, SEYMOUR AND PEASE, L.L.P.

By: /s/ W. Breck Weigel w/p BWC
Glenn V. Whitaker    (0018169)
W. Breck Weigel      (0030160)
Suite 2100, Atrium Two
221 East Fourth Street
Cincinnati, Ohio 45202
(513) 723-4000
(513) 852-8448 - Fax

ATTORNEYS FOR DEFENDANT,
FLUOR FERNALD, INC.

002395.000015\360355.1 BCOLE

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to all counsel of record by certified mail, return receipt requested on this 31st day of December, 2003.

_____
Bradley W. Cole